**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 184 EAL 2017
:
                Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
:
JOVANNE HEATH, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.